UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
) Case No. CR09-0006-JLR
    v. )
)
JOSEPH MOORE, ) DETENTION ORDER
)
        Defendant. )
_____ )

<u>Offense charged</u>:

    CONSPIRACY TO DISTRIBUTE marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841 (b)(1)(A), and 846

<u>Date of Detention Hearing</u>: February 20, 2009.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant has stipulated to detention due to being detained in CR09-11-RAJ, but reserves the right to contest his continued detention if there is a change in circumstances.

    (2)    There appear to be no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 1

15.13
Rev. 1/91

01     IT IS THEREFORE ORDERED:

02   (1)   Defendant shall be detained pending trial and committed to the custody of the
03 Attorney General for confinement in a correctional facility separate, to the extent
04 practicable, from persons awaiting or serving sentences or being held in custody
05 pending appeal;

06   (2)   Defendant shall be afforded reasonable opportunity for private consultation with
07 counsel;

08   (3)   On order of a court of the United States or on request of an attorney for the
09 government, the person in charge of the corrections facility in which defendant
10 is confined shall deliver the defendant to a United States Marshal for the purpose
11 of an appearance in connection with a court proceeding; and

12   (4)   The Clerk shall direct copies of this Order to counsel for the United States, to
13 counsel for the defendant, to the United States Marshal, and to the United States
14 Pretrial Services Officer.

DATED this 20th day of February, 2009.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER     15.13
18 U.S.C. § 3142(i)     Rev. 1/91
PAGE 2